FILED by _____ **MM** _____ D.C.

**Jan 12, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### 23-60007-CR-SINGHAL/DAMIAN

Case No. _____

18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 2
18 U.S.C. § 981(a)(1)

UNITED STATES OF AMERICA

vs.

**GAIL RUSS,**
**CHERYL STANLEY,**
**KRYSTAL LOPEZ,**
**RICKY RILEY,**
**NORBERTO LOPEZ,**
**DAMIAN LOPEZ,**
**FRANCOIS LEGAGNEUR,**
**REYNOSO SEIDE,**
**CASSANDRE JEAN,**
**YELVA SAINT PREUX,**
**EVANGELINE NAISSANT,**
**RONY MICHEL,**
**VILAIRE DUROSEAU, and**
**YVROSE THERMITUS,**
  **a/k/a "Yvrose Thompson,"**

  Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

### Requirements to Become a Registered Nurse or Licensed Practical Nurse

1.      The purpose of a professional nursing license was to protect the public from harm

by setting minimum qualifications and competencies for safe entry-level practitioners. Nursing

was regulated because it is one of the health professions that poses a risk of harm to the public if practiced by someone who is unprepared and/or incompetent.  Boards of Nursing achieved this mission by establishing the standards for safe nursing care and issuing licenses to practice nursing.

2.     According to the National Council of State Boards of Nursing, components of licensure to be a Registered Nurse (RN) or a Licensed Practical/Vocational Nurse (LPN/VN) include verification of graduation from an approved pre-licensure nursing program, verification of successful completion of the National Council Licensure Examination (NCLEX) also known as "the board exam" or "the boards," and in some states a criminal background check.

3.     The Nurse Licensure Compact increased access to care while maintaining public protection at the state level.  Under the Nurse Licensure Compact, nurses can practice in other Nurse Licensure Compact states, without having to obtain additional licenses.  Approximately 39 states, including Florida, have enacted Nurse Licensure Compact legislation.  The Nurse Licensure Compact required that every RN or LPN/VN graduate from a board-approved RN or LPN/VN prelicensure education program.  Each state's nursing board governed the approval of nursing education programs.

4.     The State of Florida enacted the Nurse Practice Act to ensure that every nurse practicing in Florida meets minimum requirements for safe practice. Fla. Stat. §§ 464.001-464.027. The Florida Board of Nursing was both a regulatory board and a state government agency legally responsible for enforcing the state's Nurse Practice Act.  The Florida Board of Nursing was responsible for establishing standards for safe nursing care and issuing licenses to practice nursing. To do so, it oversaw education requirements and rules for licensure in Florida.  Among these requirements was that any person desiring to be licensed as an RN or LPN/VN had to complete the requirements for graduation from an approved program, or its equivalent as determined by the

board, for the preparation of registered nurses or licensed practical nurses, whichever was applicable. For graduates of an approved program equivalent, an applicant seeking certification to take the licensure examination has to submit an official transcript or equivalent documentation which identified all courses completed that met graduation requirements.

5.     According to Florida's Nurse Practice Act, an approved pre-licensure program's curriculum must consist of:

a.     At least fifty percent clinical training for a practical nursing education program, an associate degree professional nursing program, or a professional diploma nursing education program.

b.     The professional or practical nursing curriculum plan must document clinical experience and theoretical instruction in medical, surgical, obstetric, pediatric, and geriatric nursing. A professional nursing curriculum plan shall also document clinical experience and theoretical instruction in psychiatric nursing. Each curriculum plan must document clinical training experience in appropriate settings that include, but are not limited to, acute care, long-term care, and community settings.

c.     The professional or practical nursing education program provides theoretical instruction and clinical application in personal, family, and community health concepts; nutrition; human growth and development throughout the life span; body structure and function; interpersonal relationship skills; mental health concepts; pharmacology and administration of medications; and legal aspects of practice. A professional nursing education program must also provide theoretical instruction and clinical application in interpersonal relationships and leadership skills; professional role and function; and health teaching and counseling skills.

## Defendants and Related Individuals and Entities

6.      Med-Life Institute WPB, LLC (Med-Life) was a Florida limited liability company licensed by the Florida Board of Education to provide a nursing education program.

7.      Palm Beach School of Nursing, LLC (Palm Beach School of Nursing) was a Florida limited liability company located in Palm Beach County, Florida.  Palm Beach School of Nursing operated under the license that was issued to Med-Life and transferred to Palm Beach School of Nursing.  According to Palm Beach School of Nursing's Program Outline, it offered an Associate in Science degree, and the objective of the program was to "prepare the student to meet the requirements of the Florida Department of Health and the Florida Board of Nursing for Registered Nurse Education and meet eligibility for licensing exam (NCLEX-RN) in order to work as a Registered Nurse in a variety of settings in a safe and effective manner."

8.      Quisqueya School of Nursing LLC, d/b/a Sunshine Academy (Sunshine Academy) was a Florida limited liability company located in Palm Beach County, Florida.  Sunshine Academy was licensed by the Florida Board of Education to provide a nursing education program.  According to Sunshine Academy's Program Outline, it offered a practical nursing program, and the objective of the program was to "prepare student[s] to provide nursing care to clients in hospitals, nursing homes, home healthcare agencies, and other areas in healthcare.  Upon satisfactory completion of the program the graduate is eligible to apply to sit for the National Council Licensure Examination for Practical Nursing."

9.      Quisqueya Health Care Academy, LLC (Quisqueya) was a Florida limited liability company located in Palm Beach County, Florida.  Quisqueya operated under the same license that had been previously issued to Sunshine Academy.  According to Quisqueya's Program Outline, it offered a practical nursing program, and the objective of the program was to "prepare student[s]

to provide nursing care to clients in hospitals, nursing homes, home healthcare agencies, and other areas in healthcare. Upon satisfactory completion of the program the graduate is eligible to apply to sit for the National Council Licensure Examination for Practical Nursing."

10.     Florida College of Health LLC (Florida College of Health) was a Florida limited liability company licensed by the Florida Board of Education to provide a nursing education program.

11.     Nursing Education Agency, LLC (Nursing Education Agency) was a Florida limited liability company located in Palm Beach County, Florida.

12.     EDUconnect LLC (EDUconnect) was a Florida limited liability company located in Palm Beach County, Florida.

13.     Unparalleled Review Services, LLC (Unparalleled Review) was a New York limited liability company located in Jamaica, New York.

14.     Unity Health Care Training & Employment LLC (Unity Health Care Training) was a New Jersey limited liability company located in Maplewood, New Jersey.

15.     Success Review International Services, Inc (Success Review) was a ~~New Jersey~~ New York m.w company located in Brooklyn, New York.

16.     New Era Professional Prep Services LLC (New Era) was a New York limited liability company located in Baldwin, New York.

17.     Jemeron Tutoring Healthcare Services LLC (Jemeron) was a New Jersey limited liability company located in Colts Neck, New Jersey.

18.     Center for Advanced Training & Studies Inc (Center for Advanced Training) was a New Jersey company located in Orange, New Jersey.

19.     PowerfulU Healthcare Services LLC (PowerfulU) was a Florida limited liability company located in Broward County, Florida.

20.     Defendant **GAIL RUSS**, a resident of Broward County, Florida, was the Director of Student Services and the Registrar of Palm Beach School of Nursing.

21.     Defendant **CHERYL STANLEY**, a resident of Collier County, Florida, was a partner in Palm Beach School of Nursing and Florida College of Health, and the Campus Director of both schools.

22.     Defendant **KRYSTAL LOPEZ**, a resident of Palm Beach County, Florida, was the Director of Finance of Palm Beach School of Nursing.

23.     Defendant **RICKY RILEY**, a resident of Broward County, Florida, was the Director of Nursing for Quisqueya and Palm Beach School of Nursing.

24.     Defendant **NORBERTO LOPEZ,** a resident of Palm Beach County, Florida, owned and operated Nursing Education Agency.

25.     Defendant **DAMIAN LOPEZ**, a resident of Palm Beach County, Florida, owned and operated EDUconnect.

26.     Defendant **FRANCOIS LEGAGNEUR**, a resident of Nassau County, New York, owned and operated Unparalleled Review.

27.     Defendant **REYNOSO SEIDE** was a resident of Union County, New Jersey.

28.     Defendant **CASSANDRE JEAN**, a resident of Palm Beach County, Florida, owned and operated Success Review.

29.     Defendant **YELVA SAINT PREUX**, a resident of Suffolk County, New York, owned and operated New Era.

30.     Defendant **EVANGELINE NAISSANT**, a resident of Nassau County, New York, operated New Era.

31.     Defendant **RONY MICHEL**, a resident of Monmouth County, New Jersey, owned and operated Jemeron.

32.     Defendant **VILAIRE DUROSEAU**, a resident of Essex County, New Jersey, owned and operated Center for Advanced Training.

33.     **YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** a resident of Union County, New Jersey, owned and operated Unity Health Care Training.

34.     Johanah Napoleon, a resident of Palm Beach County, Florida, owned Med-Life, Palm Beach School of Nursing, Sunshine Academy, Quisqueya, and Florida College of Health.

35.     Geralda Adrien, a resident of Broward County, Florida, was the owner and Manager of PowerfulU.

36.     Co-conspirator 1 obtained a diploma and transcript issued by Palm Beach School of Nursing purporting to show that he/she attended Palm Beach School of Nursing and completed the necessary courses and/or clinicals to obtain an Associate Degree in Nursing diploma.

37.     Co-conspirator 2 obtained a diploma and transcript issued by Quisqueya purporting to show that he/she attended Quisqueya and completed the necessary courses and/or clinicals to obtain an LPN diploma.

38.     Co-conspirator 3 obtained a diploma and transcript issued by Palm Beach School of Nursing purporting to show that he/she attended Palm Beach School of Nursing and completed the necessary courses and/or clinicals to obtain an Associate Degree in Nursing diploma.

39.     Co-conspirator 4 obtained a diploma and transcript issued by Palm Beach School of Nursing purporting to show that he/she attended Palm Beach School of Nursing and completed the necessary courses and/or clinicals to obtain an Associate Degree in Nursing diploma.

40.     Co-conspirator 5 obtained a diploma and transcript issued by Palm Beach School of Nursing purporting to show that he/she attended Palm Beach School of Nursing and completed the necessary courses and/or clinicals to obtain an Associate Degree in Nursing diploma.

41.     Co-conspirator 6 obtained a diploma and transcript issued by Palm Beach School of Nursing purporting to show that he/she attended Palm Beach School of Nursing and completed the necessary courses and/or clinicals to obtain an Associate Degree in Nursing diploma.

42.     Co-conspirator 7 obtained a diploma and transcript issued by Palm Beach School of Nursing purporting to show that he/she attended Palm Beach School of Nursing and completed the necessary courses and/or clinicals to obtain an Associate Degree in Nursing diploma.

43.     Health Care Provider-1 (HCP-1) was a Skilled Nursing Facility located in Ohio that employed licensed nurses to care for patients, including Medicare and Medicaid patients.

44.     Health Care Provider-2 (HCP-2) was a rehabilitation facility located in New York that employed licensed nurses to care for homebound pediatric patients, including Medicare patients.

45.     Health Care Provider-3 (HCP-3) was an Assisted Living Facility located in New Jersey that employed licensed nurses to care for elderly patients, including Medicare and Medicaid patients.

46.     Health Care Provider-4 (HCP-4) was a Veterans Affairs (VA) Medical Center located in New York that employed licensed nurses to care for patients eligible for VA Health Care.

47.     Health Care Provider-5 (HCP-5) was a home health facility located in Massachusetts that employed licensed nurses to care for homebound pediatric patients, including Medicare and Medicaid patients.

48.     Health Care Provider-6 (HCP-6) was a skilled nursing care facility located in New Jersey that employed licensed nurses to care for elderly patients, including Medicare patients.

49.     Health Care Provider-7 (HCP-7) was a skilled nursing care facility located in New York that employed licensed nurses to care for elderly patients, including Medicare and Medicaid patients.

## COUNT 1
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.     From at least as early as in or around April of 2016, and continuing through in or around July of 2021, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**GAIL RUSS,**
**CHERYL STANLEY,**
**KRYSTAL LOPEZ,**
**RICKY RILEY,**
**NORBERTO LOPEZ,**
**DAMIAN LOPEZ,**
**FRANCOIS LEGAGNEUR,**
**REYNOSO SEIDE,**
**CASSANDRE JEAN,**
**YELVA SAINT PREUX,**
**EVANGELINE NAISSANT,**
**RONY MICHEL,**
**VILAIRE DUROSEAU, and**
**YVROSE THERMITUS,**
**a/k/a "Yvrose Thompson,"**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other, and with Johanah Napoleon, Geralda Adrien, co-conspirators 1-7, and others known and unknown to the Grand Jury, to commit wire fraud, that is, to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### Purpose of the Conspiracy

3.     It was the purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) soliciting and recruiting co-conspirators, via interstate wire communications, seeking nursing credentials to obtain employment as an RN or LPN/VN in the health care field; (b) creating and distributing, via interstate wire communications, false and fraudulent diplomas and transcripts for co-conspirators seeking RN or LPN/VN licensure and employment in the health care field; (c) using the false and fraudulent documents to obtain employment, pay, and other benefits in the health care field; (d) concealing the use of fraudulent documents used to obtain employment in the health care field; and (e) using proceeds of the conspiracy for their personal use and benefit, and the use and benefit of others, and to further the conspiracy.

### Manner and Means of the Conspiracy

The manner and means by which the defendants and their co-conspirators sought to

accomplish the object and purpose of the conspiracy included, among others, the following:

4.      **DAMIAN LOPEZ, NORBERTO LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU, YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** and others, via interstate wire communications, solicited and recruited co-conspirators, including co-conspirators 1-7, and others, seeking nursing credentials and employment as an RN or LPN/VN in the health care field.

5.      **GAIL RUSS, CHERYL STANLEY, NORBERTO LOPEZ, KRYSTAL LOPEZ, RICKY RILEY, DAMIAN LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU, YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** Johanah Napoleon, Geralda Adrien, and others sent and caused others to send, via interstate wire communications, information used to create false and fraudulent official transcripts and diplomas from Palm Beach School of Nursing, Quisqueya, and Florida College of Health.

6.      **GAIL RUSS, CHERYL STANLEY, NORBERTO LOPEZ, KRYSTAL LOPEZ, RICKY RILEY, DAMIAN LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU, YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** Johanah Napoleon, Geralda Adrien, and others, created and distributed, and caused to be created and distributed, via interstate wire communications, false and fraudulent transcripts and diplomas to co-conspirators, including co-conspirators 1-7, and others falsely and fraudulently representing that the co-conspirators attended Palm Beach School of Nursing, Quisqueya, or Florida College of Health in Florida and completed the necessary courses and/or clinicals to obtain

RN or LPN/VN diplomas, when in fact the co-conspirators had never actually completed the necessary courses and/or clinicals.

7.      In furtherance of the conspiracy, co-conspirators including co-conspirators 1-7 and others, used the false and fraudulent diplomas and transcripts and other records created and distributed, and caused to be created and distributed, by **GAIL RUSS, CHERYL STANLEY, NORBERTO LOPEZ, KRYSTAL LOPEZ, RICKY RILEY, DAMIAN LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU, YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** Johana Napoleon, Geralda Adrien, and others, to obtain licensure as an RN or LPN/VN in various states including Ohio, New York, New Jersey, and Massachusetts.

8.      Co-conspirators, including co-conspirators 1-7, and others, used the false and fraudulent diplomas, transcripts and other documents created and distributed, and caused to be created and distributed, by **GAIL RUSS, CHERYL STANLEY, NORBERTO LOPEZ, KRYSTAL LOPEZ, RICKY RILEY, DAMIAN LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU, YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** Johanah Napoleon, Geralda Adrien, and others, to fraudulently obtain employment and benefits as an RN or LPN/VN at various unwitting health care providers throughout the country, including at HCP-1-7. Those health care providers hired and paid salaries, wages, and other benefits to the RNs and LPN/VNs based on their fraudulent credentials.

9.      **GAIL RUSS, CHERYL STANLEY, NORBERTO LOPEZ, KRYSTAL LOPEZ, RICKY RILEY, DAMIAN LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO**

SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU, YVROSE THERMITUS, a/k/a "Yvrose Thompson," Johana Napoleon, and Geralda Adrien, together with co-conspirators 1-7 and others, used the proceeds of the conspiracy for their personal use and benefit, and to further the conspiracy.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-25
### Wire Fraud
### (18 U.S.C. § 1343)

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as if fully set forth herein.

2.      From at least as early as in or around April of 2016, and continuing through in or around July of 2021, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

GAIL RUSS,
CHERYL STANLEY,
KRYSTAL LOPEZ,
RICKY RILEY,
NORBERTO LOPEZ,
DAMIAN LOPEZ,
FRANCOIS LEGAGNEUR,
REYNOSO SEIDE,
CASSANDRE JEAN,
YELVA SAINT PREUX,
EVANGELINE NAISSANT,
RONY MICHEL,
VILAIRE DUROSEAU, and
YVROSE THERMITUS,
a/k/a "Yvrose Thompson,"

did knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises

were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### Purpose of the Scheme and Artifice

3.      It was a purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by, among other things: (a) soliciting and recruiting accomplices, via interstate wire communications, seeking nursing credentials to obtain employment as an RN or LPN/VN in the health care field; (b) creating and distributing, via interstate wire communications, false and fraudulent diplomas and transcripts for accomplices seeking RN and LPN/VN licensure and employment in the health care field; (c) using the false and fraudulent documents to obtain employment, pay, and other benefits in the health care field; (d) concealing the use of fraudulent documents used to obtain employment in the health care field; and (e) using the proceeds of the fraud for their personal use and benefit, and the use and benefit of others, and to further the fraud.

### The Scheme and Artifice

4.      Paragraphs 4 through 9 of the Manner and Means section of Count 1 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as a description of the scheme and artifice.

### Use of the Wires

5.      On or about the dates set forth below, in the Southern District of Florida, and elsewhere, the defendants, as specified below, for the purposes of executing the above-described scheme and artifice to defraud, did knowingly transmit and cause to be transmitted by means of

wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds as described below:

| Count | Defendant(s) | Approx. Date | Description of Wire Transmission |
|---|---|---|---|
| 2 | **DAMIAN LOPEZ** | 1/26/2018 | Text message via interstate wire from **DAMIAN LOPEZ** to Johanah Napoleon in the Southern District of Florida with an attachment containing nursing accomplice payment information. |
| 3 | **GAIL RUSS, YELVA SAINT PREUX and EVANGELINE NAISSANT** | 3/6/2018 | Email via interstate wire from **EVANGELINE NAISSANT** to **GAIL RUSS** in the Southern District of Florida providing the address of New Era Professional Prep and the name of its director **YELVA SAINT PREUX** |
| 4 | **GAIL RUSS, CHERYL STANLEY, and FRANCOIS LEGAGNEUR** | 5/10/2018 | Deposit via interstate wire of check number 1352 in the amount of $1,360 drawn on the Palm Beach School of Nursing LLC account as payment to **FRANCOIS LEGAGNEUR** directed by **CHERYL STANLEY** |
| 5 | **GAIL RUSS, CHERYL STANLEY, and FRANCOIS LEGAGNEUR** | 5/22/2018 | Deposit via interstate wire of check number 1373 in the amount of $1,360 drawn on the Palm Beach School of Nursing LLC account as payment to **FRANCOIS LEGAGNEUR** directed by **CHERYL STANLEY** |
| 6 | **GAIL RUSS and CHERYL STANLEY** | 6/21/2018 | Email via interstate wire from **CHERYL STANLEY** to Johanah Napoleon in the Southern District of Florida forwarding a message from the New York State Education Department stating that Florida College of Health "has no legal authority" to offer a Nursing program in New York State |
| 7 | **NORBERTO LOPEZ** | 8/8/2018 | Email via interstate wire from Johanah Napoleon in the Southern District of Florida to **NORBERTO LOPEZ** containing blank templates for Palm Beach School of Nursing diplomas and transcripts |
| 8 | **KRYSTAL LOPEZ** and **REYNOSO SEIDE** | 12/03/2018 | Email via interstate wire from **REYNOSO SEIDE** to **KRYSTAL LOPEZ** in the Southern District of Florida containing information for nursing accomplices recruited in New Jersey |
| 9 | **RONY MICHEL** | 4/14/2019 | Text message via interstate wire from **RONY MICHEL** to Johanah Napoleon in the Southern District of Florida in which they discuss fees for his students |

| Count | Defendant(s) | Approx. Date | Description of Wire Transmission |
|---|---|---|---|
| 10 | **VILAIRE DUROSEAU and RICKY RILEY** | 7/9/2019 | Johanah Napoleon in the Southern District of Florida forwarded an email via interstate wire from **VILAIRE DUROSEAU** to **RICKY RILEY** containing information about nursing accomplices traveling to Florida to complete registrations and background checks |
| 11 | **RICKY RILEY** | 10/31/2019 | **RICKY RILEY** via interstate wire forwarded an email to Johanah Napoleon in the Southern District of Florida from the Florida Board of Nursing in which **RICKY RILEY** acknowledged that Palm Beach School of Nursing was terminated by the Florida Board of Nursing in 2017 and was in Teach Out status |
| 12 | **GAIL RUSS, RICKY RILEY and CASSANDRE JEAN** | 3/9/2020 | Email via interstate wire from **RICKY RILEY** in the Southern District of Florida to **CASSANDRE JEAN, GAIL RUSS,** and Johanah Napoleon discussing clinical rotations for accomplice nursing applicants |
| 13 | **GAIL RUSS** | 4/13/2020 | Email via interstate wire from **GAIL RUSS** in the Southern District of Florida to nursing applicant R.C. in which **RUSS** states she will speak to R.C.'s recruiter to get the dates for R.C.'s transcript |
| 14 | **GAIL RUSS and VILAIRE DUROSEAU** | 5/11/2020 | Email via interstate wire from **VILAIRE DUROSEAU** to **GAIL RUSS** in the Southern District of Florida listing names and grades of accomplice nursing applicants seeking to obtain Palm Beach School of Nursing diplomas and transcripts |
| 15 | **GAIL RUSS and FRANCOIS LEGAGNEUR** | 7/17/2020 | Email via interstate wire from **FRANCOIS LEGAGNEUR** to **GAIL RUSS** in the Southern District of Florida containing a transcript picture and requesting that **GAIL RUSS** modify a graduation date for an accomplice nursing applicant |
| 16 | **GAIL RUSS and FRANCOIS LEGAGNEUR** | 7/17/2020 | Email via interstate wire from **FRANCOIS LEGAGNEUR** to **GAIL RUSS** in the Southern District of Florida requesting that **RUSS** modify dates on nursing accomplice diplomas and transcripts |
| 17 | **GAIL RUSS and CASSANDRE JEAN** | 9/21/2020 | Email via interstate wire from **CASSANDRE JEAN** to **GAIL RUSS** in the Southern District of Florida requesting that **RUSS** produce official transcripts and diplomas for the nursing applicants whose information is contained in the attachments |

| Count | Defendant(s) | Approx. Date | Description of Wire Transmission |
|---|---|---|---|
| 18 | **GAIL RUSS** and **RONY MICHEL** | 1/3/2021 | Email via interstate wire from **RONY MICHEL** to **GAIL RUSS** in the Southern District of Florida requesting that **RUSS** prepare transcripts for his students and send their information to the New York Board of Nursing and the New Jersey Board of Nursing |
| 19 | **GAIL RUSS** and **RICKY RILEY** | 5/11/2021 | Email via interstate wire from **RICKY RILEY** in the Southern District of Florida to the New York State Education Department, Office of Professional Licensing, requesting that New York allow nursing applicants to obtain licensure |
| 20 | **GAIL RUSS** and **CASSANDRE JEAN** | 5/18/2021 | Email via interstate wire from **CASSANDRE JEAN** to **GAIL RUSS** requesting that **RUSS** produce official transcripts and diplomas for the accomplice nursing applicants whose information is contained in the attachments |
| 21 | **GAIL RUSS** and **YVROSE THERMITUS** | 6/1/2021 | Email via interstate wire from **YVROSE THERMITUS** to **GAIL RUSS** requesting that **RUSS** edit a nursing accomplice transcript prior to sending it to Florida Board of Nursing |
| 22 | **GAIL RUSS** and **RONY MICHEL** | 6/2/2021 | Email via interstate wire from **RONY MICHEL** to **GAIL RUSS** requesting that **RUSS** send transcripts on behalf of his students to the Florida Board of Nursing |
| 23 | **VILAIRE DUROSEAU** | 6/2/2021 | Proponent Federal Credit Union wire payment via interstate wire in the amount of $30,000 from **VILAIRE DUROSEAU** to Johanah Napoleon for Palm Beach School of Nursing diplomas and transcripts |
| 24 | **GAIL RUSS** and **YVROSE THERMITUS** | 6/17/2021 | **YVROSE THERMITUS** via interstate wire forwarded an email to **GAIL RUSS** from a nursing accomplice requesting that **RUSS** send information to the Florida Board of Nursing on behalf of the accomplice |
| 25 | **GAIL RUSS** and **CASSANDRE JEAN** | 6/18/2021 | Email via interstate wire from **CASSANDRE JEAN** to **GAIL RUSS** requesting that **RUSS** produce official transcripts and diplomas for nursing applicants whose information is contained in the attachments |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE
### (18 U.S.C. § 981(a)(1))

1.     The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which any of the defendants, **GAIL RUSS, CHERYL STANLEY, KRYSTAL LOPEZ, RICKY RILEY, NORBERTO LOPEZ, DAMIAN LOPEZ, FRANCOIS LEGAGNEUR, REYNOSO SEIDE, CASSANDRE JEAN, YELVA SAINT PREUX, EVANGELINE NAISSANT, RONY MICHEL, VILAIRE DUROSEAU,** and **YVROSE THERMITUS, a/k/a "Yvrose Thompson,"** have an interest.

2.     Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GAIL RUSS, et al.

_____/
                Defendants.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)

- ☐ Miami   ☐ Key West   ☐ FTP
- ☑ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:_____

4. This case will take 14 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                (Check only one)
   I    ☐ 0 to  5 days              ☐ Petty
   II   ☐ 6 to 10 days             ☐ Minor
   III  ☑ 11 to 20 days            ☐ Misdemeanor
   IV   ☐ 21 to 60 days            ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____   Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____   Case No._____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
    For Christopher J. Clark
    Assistant United States Attorney
    FLA Bar No.     588040

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   GAIL RUSS

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: Twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 3-6, 12-22, 24, and 25:

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: Twenty (20) Years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**  CHERYL STANLEY

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: Twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 4-6:

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: Twenty (20) Years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   KRYSTAL LOPEZ

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: Twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count # 8:

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: Twenty (20) Years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   RICKY RILEY

**Case No:** _____

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts #10-12, and 19:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

_____

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   NORBERTO LOPEZ

**Case No:** 

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count # 7:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:


**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   DAMIAN LOPEZ

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count # 2:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:


**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**   FRANCOIS LEGAGNEUR

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: Twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 4, 5, 15, and 16:

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: Twenty (20) Years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   REYNOSO SEIDE

**Case No**: _____

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: Twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count # 8:

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: Twenty (20) Years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

_____

_____

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   CASSANDRE JEAN

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 12, 17, 20 and 25:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**   YELVA SAINT PREUX

**Case No:** _____

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count # 3:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

_____

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   EVANGELINE NAISSANT

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count # 3:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:



**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   RONY MICHEL

**Case No:**

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 9, 18, and 22:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   VILAIRE DUROSEAU

**Case No**:

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: Twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 10, 14 and 23:

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: Twenty (20) Years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**   YVROSE THERMITUS, a/k/a "Yvrose Thompson"

**Case No:** _____

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
**\* Max. Term of Imprisonment: Twenty (20) Years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Counts # 21 and 24:

Wire Fraud

Title 18, United States Code, Section 1343
**\* Max. Term of Imprisonment: Twenty (20) Years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 Years**
**\* Max. Fine: $250,000 or twice the gross or loss for the offense**

Count #:

_____

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**